UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH J. SKIERSKI,

          Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

          Defendant.
                                   /

Case No.  13-14469

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW
MAGISTRATE JUDGE CHARLES E. BINDER

**ORDER ADOPTING REPORT AND RECOMMENDATION [20]; GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [18]; AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [15]**

On January 6, 2015, Magistrate Judge Binder issued a Report and Recommendation [20] on the parties' motions for summary judgment [15, 18]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [20] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [18] be **GRANTED** and Plaintiff's Motion for Summary Judgment [15] be **DENIED**.

**SO ORDERED**.

                                            s/Arthur J. Tarnow
                                            ARTHUR J. TARNOW
                                            SENIOR U.S. DISTRICT JUDGE

Dated: February 10, 2015